CLERK'S OFFICE
A TRUE COPY
Nov 20, 2020
s/ Daryl Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

AO 106 (Rev. 4/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

A USPS Priority Mail parcel 9405 5111 0827 4826 2838 079 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately 12" x 12" x 8.5" parcel weighing approximately 11 lbs. The SUBJECT PARCEL's label indicates it is from "P&S Supplies, 19504 E. Mira Loma Way, Walnut, CA 91789." The SUBJECT PARCEL bears a printed label addressed to "Damien Rodriguez, 1956 S. 55th St, Milwaukee, WI 53219." The SUBJECT PARCEL was postmarked on 11-16-2020 in Walnut, CA 91789.

20 MJ 248

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Ronald L. Barron, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

A USPS Priority Mail parcel 9405 5111 0827 4826 2838 079 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately 12" x 12" x 8.5" parcel weighing approximately 11 lbs. The SUBJECT PARCEL's label indicates it is from "P&S Supplies, 19504 E. Mira Loma Way, Walnut, CA 91789." The SUBJECT PARCEL bears a printed label addressed to "Damien Rodriguez, 1956 S. 55th St, Milwaukee, WI 53219." The SUBJECT PARCEL was postmarked on 11-16-2020 in Walnut, CA 91789.

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is (check one or more):
- ✓ evidence of a crime;
- ✓ contraband, fruits of a crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:
Title 21, United States Code, Sections 841(a)(1) and 843(b).

The application is based on these facts:
- ✓ Continued on the attached sheet, which is incorporated by reference.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Sworn via telephone pursuant to Rule 4.1

RONALD L. BARRON
U.S. Postal Inspector, USPIS

Sworn to before me, and signed in my presence.
Date _____, 2020
November 20, 2020
City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
Name & Title of Judicial Officer

## Affidavit of U.S. Postal Inspector Ronald Barron

I, Ronald Barron, being duly sworn on oath, state as follows;

1. I am a United States Postal Inspector employed by the United States Postal Inspection Service (USPIS). I have been so employed since February of 2019. I am currently assigned to a multi-functional team in Milwaukee, WI. This team investigates mail theft, fraud, the theft of Postal property, prohibited mailings, controlled substances, and other matters related to the Postal Service. I hold a Bachelor's degree in Criminal Justice from the American Public University. In January 2006, I graduated from the Federal Law Enforcement Training Center as a Federal Air Marshal. Through the course of my twelve years as a Federal Air Marshal, I used my training and experience to locate, identify, and seize multiple types of narcotics, drugs, and drug contraband. Through the course of my approximate 21 month career with the USPIS, I have used my training and experience to locate and identify multiple parcels containing narcotics and drugs. Based on my training received at the USPIS Career Development Unit, personal experience, on the job training, and working with other Postal Inspectors, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the United States Postal Service (USPS) system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

2. The USPIS is the primary investigative arm of the United States Postal Service and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

1

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a search warrant for the SUBJECT PARCEL for items which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

4. This affidavit is made in support of an application for a search warrant for USPS Priority Mail parcel 9405 5111 0827 4826 2838 079 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately 12" x 12" x 8.5" parcel weighing approximately 11 lbs. The SUBJECT PARCEL's label indicates it is from "P&S Supplies, 19504 E. Mira Loma Way, Walnut, CA 91789." The SUBJECT PARCEL bears a printed label addressed to "Damien Rodriguez, 1956 S. 55th St, Milwaukee, WI 53219." The SUBJECT PARCEL was postmarked on 11-16-2020 in Walnut, CA 91789.

## INVESTIGATION OF THE SUBJECT PARCEL

5. I review Postal Service records and labels delivered to, and sent from, Milwaukee and surrounding areas to and from source narcotic areas. I do this because I know, based on my training and experience, drug traffickers will sometimes use Priority Mail service, which is the USPS two day delivery product. Based on my training and experience with the USPIS, I know drug traffickers use First Class Mail, Priority Mail, Priority Mail Express delivery service because of its reliability and the ability to track the article's progress to the intended delivery point. In my training and experience, traffickers will often use fictitious names and/or addresses as well as incomplete names and addresses in an attempt to hide their trafficking efforts from law enforcement.

6. On Wednesday, November 18, 2020, I was conducting routine parcel screening at the West Milwaukee Post Office, located at 4300 W Lincoln Ave, Milwaukee, WI, when I deemed the SUBJECT PARCEL to be suspicious.

7. The consolidated lead evaluation and reporting (CLEAR) database is a public records product which is designed for law enforcement officers in locating subjects and witnesses, verifying identities of individuals, and gathering background information for use in investigations. A search of the CLEAR database revealed a result for 19504 E. Mira Loma Way, Walnut, CA 91789 and yielded a result of Ricky Cheng. The name used in the mailing of the package is of a business name of P&S Supplies, which was shown through CLEAR to not be a business location.

8. A search of the CLEAR database revealed a result for 1956 S. 55th St, Milwaukee, WI 53219 and yielded a result of Amanda Diaz. The name used in the mailing of the package was that of Damien Rodriguez, who is not shown to be a resident.

3

9. Based on my training and experience, I am aware California is a source area for controlled substances. As such, controlled substances are frequently transported from this state via the USPS, and the proceeds from the sale of the controlled substances are frequently returned to the state via the USPS. These proceeds are generally in large amounts of money, oftentimes over $1000.

10. On Wednesday, November 18, 2020, I met with Milwaukee Police Officer (P.O.) Christopher Navarrette and his canine "CZAR" at the West Milwaukee Post Office Employee Parking lot located at 4300 W Lincoln Ave, Milwaukee, WI. Together, P.O. Navarrette, and K-9 "CZAR" are a certified drug detection team. K9 "CZAR" alerts to the odor of a controlled substance (specifically heroin, cocaine, marijuana, methamphetamine and other controlled substances made with like components) by passively sitting and staring at the area or object emitting or containing the odor of the controlled substances he is trained to alert to. I, P.O. Navarrette and "CZAR" have received four weeks (200 hours) of intensive training and certification through Shallow Creek Kennels, deploying and utilizing a drug detection canine; that this certification (July 2019) is based on guidelines set forth by the North American Police Work Dog Association (NAPWDA) which is a nationally based group in partnership with local, state, federal and international agencies including private vendors, law enforcement and first responder; that this training establishes consensus-based best practices for the use of detection canine teams by improving the consistency and performance of deployed teams which will improve interdiction efforts as well as courtroom acceptance; P.O. Navarrette and K9 "CZAR" have detected controlled substances more than "300" times in the past during training; that in each alert drugs that "CZAR" is trained to find have been recovered; that "CZAR" alerts have been the basis for seventeen (17)

search warrants and the search of five (5) motor vehicles; that in each alert, drugs that "CZAR" is trained to find have been recovered or a drug nexus has been found.

11. On Wednesday, November 18, 2020, I placed the SUBJECT PARCEL on the ground of the employee parking lot of the West Milwaukee Post Office with three other similarly sized empty parcels. "CZAR" located and alerted to the SUBJECT PARCEL. P.O. Navarrette informed me "CZAR's" alert indicates the presence of controlled substances or other items, such as proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances.

12. Based upon the information as outlined in this affidavit, I believe there is probable cause to indicate the contents of the SUBJECT PARCEL is drug related, and thus constitutes the fruits, instrumentalities, and evidence of violation of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the mails, to Facilitate the Distribution of a Controlled Substance).

13. Because this affidavit is submitted for the limited purpose of securing authorization for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for the requested search warrant.

14. The SUBJECT PARCEL is currently being held at the USPIS Milwaukee Domicile, located at 345 W Saint Paul Avenue, Milwaukee, WI 53203.

5

Case 2:20-mj-00248-WED   Filed 11/20/20   Page 6 of 6   Document 1